**DISMISS and Opinion Filed April 2, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00887-CR
### No. 05-19-00888-CR

**JAMES JACKSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F19-40432-R & F19-40433-R**

## MEMORANDUM OPINION

Before Justices Myers, Partida-Kipness, and Reichek
Opinion by Justice Reichek

James Jackson filed a March 13, 2020 pro se motion asking the Court to dismiss his appeals after his appointed counsel filed an *Anders* brief and motion to withdraw as counsel in each appeal. *See Anders v. California*, 386 U.S. 738 (1967).

Construing these documents together, we conclude that rule of appellate procedure 42.2(a)'s requirements have been met. *See* TEX. R. APP. P. 42.2(a). We dismiss the appeals. *See* TEX. R. APP. P. 43.2(f). Counsel's motions to withdraw are denied as moot. *See Montgomery v. State*, No. 03–13-00454-CR, 2013 WL 6665050,

at *1 (Tex. App.—Austin Dec. 11, 2013, no pet.) (mem. op., not designated for publication).

/Amanda L. Reichek/

Do Not Publish                     AMANDA L. REICHEK
TEX. R. APP. P. 47.2(b)            JUSTICE
190887F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

JAMES JACKSON, Appellant

No. 05-19-00887-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 265th Judicial District Court, Dallas County, Texas Trial Court Cause No. F19-40432-R. Opinion delivered by Justice Reichek. Justices Myers and Partida-Kipness participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered April 2, 2020



## Court of Appeals
## Fifth District of Texas at Dallas

**JUDGMENT**

JAMES JACKSON, Appellant

No. 05-19-00888-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 265th Judicial District Court, Dallas County, Texas Trial Court Cause No. F19-40433-R. Opinion delivered by Justice Reichek. Justices Myers and Partida-Kipness participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered April 2, 2020